**DISMISS; and Opinion Filed June 22, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00050-CV

## DANIELLE F. LUSIGNAN, Appellant
## V.
## JANINE MCNALLY, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06437-E**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Boatright

Appellant's brief in this case is overdue. After appellant failed to respond to the Court's inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record. By postcard dated May 23, 2018, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Jason Boatright/
JASON BOATRIGHT
JUSTICE


180050F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DANIELLE F. LUSIGNAN, Appellant

No. 05-18-00050-CV     V.

JANINE MCNALLY, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas

Trial Court Cause No. CC-17-06437-E.

Opinion delivered by Justice Boatright.

Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JANINE MCNALLY recover her costs of this appeal from appellant DANIELLE F. LUSIGNAN.

Judgment entered this 22nd day of June, 2018.